IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

R.L. ROGERS                                                                            PETITIONER

v.                                                                    CAUSE NO. 1:15CV53-LG-RHW

MARSHAL TURNER, Warden                                                                 RESPONDENT

### FINAL JUDGMENT

This matter is before the Court on submission of the Proposed Findings of Fact and Recommendations of United States Magistrate Judge Robert H. Walker entered in this cause on August 24, 2016.  The Court, having adopted said Proposed Findings of Fact and Recommendations as the opinion of this Court by Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 12th day of September 2016.

s\ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge